## WEINSTEIN et al. v. O'LEARY.

(Supreme Court, Appellate Division, First Department.    October 23, 1908.)

PLEADING (§ 317*)—BILL OF PARTICULARS—RIGHT TO.

    Defendant, in a suit for a gross sum for injury to personalty and to a freehold, is entitled to a bill of particulars.

    [Ed. Note.—For other cases, see Pleading, Cent. Dig. §§ 954–962; Dec. Dig. § 317.*]

Appeal from Special Term.

Action by Henry Weinstein and another against John O'Leary. From an order denying a bill of particulars, defendant appeals. Reversed, and motion partly granted.

Argued before PATTERSON, P. J., and INGRAHAM, LAUGHLIN, CLARKE, and SCOTT, JJ.

Samuel P. Goldman, for appellant.

Samuel Fine, for respondents.

PER CURIAM.  The action is for damages to personal property and for injury to the freehold, and is a case in which a bill of particulars is peculiarly appropriate.  The plaintiffs have been able to estimate the gross damage which they deem themselves to have suffered, and should find no difficulty in stating the details thereof.

The order appealed from must therefore be reversed, with $10 costs and disbursements, and the motion granted, except as to the sixth item of particulars demanded.

